IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO R. VASQUEZ, III,<br><br>Defendant. | 6:21-po-05055-KLD<br><br>ORDER TO DISMISS CITATION AND VACATE TRIAL |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above case is dismissed.

IT IS FURTHER ORDERED that the bench trial set for January 20, 2022, is vacated.

Dated this 10th day of December, 2021.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1